# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA PRODUCER PENSION PLANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CYBER AMERICA, INC., et al., <br><br> Defendants. | CASE NO. CV 08-1619-GHK (AGRx) <br><br> JUDGMENT |

Pursuant to our March 23, 2009 Order granting Plaintiffs Trustees of the Directors Guild of America Producer Pension Plan and Trustees of the Directors Guild of America Producer Health Plan (collectively "Plaintiffs") Motion for Default Judgment, we **AWARD** Plaintiffs $109,149.28, together with interest at the maximum allowable rate until this Judgment is satisfied, jointly and severally against Defendants Cyber America, Inc., Cyber America, S.A., and Pio Nunez.

**IT IS SO ORDERED**.

DATED: March 23, 2009

GEORGE H. KING
United States District Judge