BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 North Central Avenue, Suite 800
Glendale, California 91203

E-Filed: **7/9/09**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLANS and TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>CYBER AMERICA, INC., et al.,<br><br>Defendants. | CASE NO. CV 08-01619 GHK (AGRx)<br><br>[~~PROPOSED~~ AMENDED] JUDGMENT |

Pursuant to the March 23, 2009 Order granting Plaintiffs Trustees of the Directors Guild of America - Producer Pension Plans and Trustees of the Directors Guild of America - Producer Health Plan (collectively "Plaintiffs"), Motion for Default Judgment, we **AWARD** Plaintiffs $109,149.28, together with interest at the maximum allowable rate due to Plaintiffs in connection with the theatrical project entitled "In The Shadow of Wings" until this Judgment is satisfied, jointly and severally against Defendants Cyber America, Inc., Cyber Productions, S.A., and Pio Nunez.

**IT IS SO ORDERED.**

Date: 7/9/09

_____
The Honorable George H. King
United States District Judge